**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-02937-RM

UNITED STATES OF AMERICA
*ex rel.* BONNIE M. JIMENEZ,
and BONNIE M. JIMENEZ, individually,

      Plaintiffs,

v.

OTTER PRODUCTS LLC d/b/a OTTERBOX, a Colorado corporation, and
CURTIS B. RICHARDSON,

      Defendants.

_____

**ORDER RE
UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE
INTERVENTION IN QUI TAM ACTION (ECF NO. 20)**
_____

      THIS MATTER comes before the Court on the United States of America's Notice of Election to Decline Intervention in Qui Tam Action ("Notice") (ECF No. 20).  The Court has reviewed the Notice and the United States' request for notice and service of papers filed in this matter.  Upon consideration of the United States' request and the provisions of the False Claims Act, 31 U.S.C. § 3730, and being otherwise fully advised, the Court hereby

      ORDERS that the parties shall serve all pleadings and motions filed in this action upon the United States;

      ORDERS that the parties shall serve all notices of appeal upon the United States;

      ORDERS that all orders of this Court shall be sent to the United States;

      ORDERS that the United States may order any deposition transcripts in this action;

2

ORDERS that the United States may request to intervene in this action, upon motion filed for good cause; and

ORDERS that should the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the party/parties making such proposal: (1) shall notify the United States of such proposal to solicit its written consent and the reasons therefor; and (2) shall notify the Court of the United States' position.

DATED this 19th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge