## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 11-cv-02937-RM-MJW

UNITED STATES OF AMERICA
*ex rel.* BONNIE M. JIMENEZ,
and BONNIE M. JIMENEZ, individually,

    Plaintiffs,

v.

OTTER PRODUCTS LLC d/b/a OTTERBOX, a Colorado corporation, and
CURTIS B. RICHARDSON,

    Defendants.

_____

### ORDER UNSEALING REMAINDER OF CASE
_____

THIS MATTER is before the Court on United States of America's Response to Order to Show Cause ("Response") (ECF No. 29) to this Court's Order ("Order") to show cause why this Court should not lift the seal on all other papers filed before August 15, 2013 in this case (ECF No. 25). No other party filed a response to the Order. Upon review of United States' Response, the False Claims Act, and the documents which remain under seal in this case, and finding no sufficient cause being shown, the Court is satisfied that the remaining documents which the Court did not specifically address in its Order should be made available to the public. Accordingly, it is

**ORDERED** that the Order to show cause (ECF No. 25) is made **ABSOLUTE**; and it is

**FURTHER ORDERED** that the Clerk of the Court is directed to **unrestrict** the remaining documents filed in this case. Therefore, the only documents which are restricted and shall **remain restricted** as Level 2 restricted documents, unless otherwise ordered by the Court, are: ECF Nos. 4, 6, 12 and 13.

DATED this 5th day of September, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge