IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02937-RM-MJW

UNITED STATES OF AMERICA
ex rel. BONNIE M. JIMENEZ,

Plaintiff/Relator,

v.

OTTER PRODUCTS LLC d/b/a OTTERBOX, a Colorado corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 50) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 50-1) is APPROVED and made an Order of Court.

Date: October 15, 2013