IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02937-RM-MJW

UNITED STATES OF AMERICA
ex rel. BONNIE M. JIMENEZ,

Plaintiff/Relator,

v.

OTTER PRODUCTS LLC d/b/a OTTERBOX, a Colorado corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion for Stay of Proceedings (Docket No. 81) is GRANTED for good cause shown in light of the agreement in principle reached between the parties as outlined in the subject motion.  Accordingly, this matter is STAYED up to and including March 3, 2014.

      It is FURTHER ORDERED that the parties shall file a status report on or before January 31, 2014, and on or before February 28, 2014.

Date: January 2, 2014