IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02937-RM-MJW

UNITED STATES OF AMERICA
ex rel. BONNIE M. JIMENEZ,

Plaintiff/Relator,

v.

OTTER PRODUCTS LLC d/b/a OTTERBOX, a Colorado corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Extend Stay of Proceedings (Docket No. 85) is GRANTED.  This matter will remain stayed up through and including March 17, 2014.

     It is FURTHER ORDERED that the parties shall file a status report on or before March 14, 2014 if no stipulation to dismiss has been filed by that date.

Date: March 3, 2014