**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02937-RM-MJW

UNITED STATES OF AMERICA, *ex rel.* BONNIE M. JIMENEZ,

Plaintiff,

v.

OTTER PRODUCTS, LLC d/b/a OTTERBOX, a Colorado corporation,

Defendant.

---

**JOINT STIPULATION OF DISMISSAL OF CASE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1), Relator Bonnie M. Jimenez ("Relator"), the United States of America, and Defendant Otter Products, LLC ("OtterBox") stipulate as follows:

1.     Relator and OtterBox have entered into a Settlement Agreement with regard to the subject matter of this lawsuit.  Accordingly, Relator and OtterBox agree that it is appropriate to dismiss this civil action pursuant to the terms of the Settlement Agreement.

2.     The United States of America, in accordance with 31 U.S.C. § 3730(b)(1), notifies the Court that it concurs with the terms of the Settlement Agreement and consents to the dismissal of this civil action:

(a)     with prejudice as to Relator as to all claims in the Amended Complaint;

(b)      with prejudice as to the United States as to all claims in the Amended Complaint relating to allegations that:

i.      From January 1, 2006 through December 31, 2011, OtterBox knowingly omitted the value of assists, as defined by 19 U.S.C. § 1401a(h)(1), from the dutiable value it declared to Customs on the entry documents it submitted to Customs for merchandise OtterBox imported from January 1, 2006 through December 31, 2011, and thus, OtterBox knowingly underpaid the customs duties it owed to the United States on that merchandise; and

ii.      OtterBox knowingly made or caused to be made false statements in other documents submitted to Customs concerning the value of assists, and the customs duties OtterBox owed on the value of assists, for merchandise OtterBox imported between January 1, 2006 through December 31, 2011, and thus, OtterBox knowingly underpaid the customs duties it owed to the United States on that merchandise.

(c) without prejudice as to the United States to the extent that the civil action includes any other claims.

3.      The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

So stipulated this 21st day of April, 2014:

s/ Michael S. Porter
Michael S. Porter
Law Firm of Michael S. Porter
4465 Kipling Street, Suite 200
Wheat Ridge, CO  80033-2810
Tel:  303-940-8370
Fax:  303-421-4309

M. Gabriel McFarland
Cyd Hunt
Evans & McFarland LLC
910 13th Street, Suite 200
Golden, CO  80401
Tel:  303-270-8300
Fax:  303-277-1620

*Attorneys for Relator Bonnie M. Jimenez*

s/ Michael C. Theis
Michael C. Theis
David A. DeMarco
Hogan Lovells US LLP
1200 Seventeenth Avenue, Suite 1500
Denver, CO  80202
Tel:  303-899-7300
Fax:  303-899-7333

Eric R. Olson
Bartlit Beck Herman Palenchar Scott LLP
1899 Wynkoop Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 592-3162
E-mail: eric.olson@bartlit-beck.com

*Attorneys for Defendant Otter Products, LLC*

s/ Amanda Rocque
Amanda Rocque
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0404
E-mail: Amanda.roque@usdog.gov

*Attorney for the United States of America*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 21st day of April, 2014, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL OF CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **David A. DeMarco**
  david.demarco@hoganlovells.com, dj.mckune@hoganlovells.com, tyann.cyrus@hoganlovells.com
- **Munford Page Hall , II**
  hall@adduci.com,OTRBX-3@adduci.com
- **Cyd Hunt**
  chunt@emlawyers.com
- **Beau A. Jackson**
  jackson@adduci.com, OTRBX-3@adduci.com
- **Jessica Adler Black Livingston**
  jessica.livingston@hoganlovells.com, rossanna.patricelli@hoganlovells.com,
  tyann.cyrus@hoganlovells.com
- **Louis S. Mastriani**
  mastriani@adduci.com, OTRBX-3@adduci.com
- **M. Gabriel McFarland**
  gmcfarland@emlawyers.com, gbowermaster@emlawyers.com
- **Eric R. Olson**
  eric.olson@bartlit-beck.com, anita.seggelink@bartlit-beck.com
- **Michael S. Porter**
  porterlaw@comcast.net, YG.Porterlaw@comcast.net
- **Amanda Adams Rocque**
  amanda.rocque@usdoj.gov, mary.leistikow@usdoj.gov, USACO.ECFCivil@usdoj.gov
- **Michael C. Theis**
  michael.theis@hoganlovells.com, rossanna.patricelli@hoganlovells.com, tyann.cyrus@hoganlovells.com
- **Dana L. Watts**
  watts@adduci.com, OTRBX-3@adduci.com

In addition, I hereby certify that I have sent the document to the following via electronic mail:

**Brian Holt**
Customs and Border Protection
brian.m.holt@cbp.dhs.gov

s/ *Amanda Rocque*
AMANDA ROCQUE
Assistant United States Attorney
U.S. Attorney's Office
    for the District of Colorado